IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD JONES,

      Plaintiff,                    No. 2:11-cv-02189-KJN P

     vs.

SAN LUIS OBISPO
SUPERIOR COURT, et al.,

      Defendants.             ORDER

_____/

        On August 17, 2011, plaintiff, a state prisoner proceeding without counsel in an apparent civil rights action pursuant to 42 U.S.C. § 1983, filed a motion for preliminary injunction; there have been no other filings in this action.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, none of the defendants reside in this district. The claim allegedly

1

1  arose in San Luis Obispo County, which is in the Central District of California.  Therefore,
2  plaintiff's motion should have been filed in the United States District Court for the Central
3  District of California.  In the interests of justice, a federal court may transfer an action filed in the
4  wrong district, to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d
5  918, 932 (D.C. Cir. 1974).

        Accordingly, IT IS HEREBY ORDERED that:

        1. This court has not ruled on plaintiff's motion for preliminary injunction; and

        2. This matter is transferred to the United States District Court for the Central
District of California.

DATED: August 23, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jone2189.21